FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 27 1997

JAMES R LARSEN CLERK
_____ DEPUTY
YAKIMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENEDICTO RAMIREZ-SANCHEZ,<br>aka: Raul Gomez,<br><br>    Defendant. | NO. M-97-4056-01<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

On February 27, 1997, this court held an initial appearance. The government was represented by Donald E. Kresse, Jr., Esq., and defendant was present with appointed counsel Thomas Monaghan, Esq.

The United States moved for the detention of the defendant for a period of not more than ten days, excluding Saturdays, Sundays, and holidays pursuant to 18 U.S.C. § 3142(d) and the court having determined that the defendant is not a citizen of the United States or lawfully admitted for permanent residency as defined in section 101(a)(2) of the Immigration and Nationality Act (8 U.S.C. § 1101(a)(2)), and there is a danger that the defendant may flee or pose a danger to the community,

**IT IS ORDERED**, that the defendant shall be detained for a period of not more than ten days, excluding Saturdays, Sundays and holidays and the attorney for the government shall notify the appropriate court or official of such detention and ascertain

ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT - 1



whether the defendant will be taken into custody by said official or agency.

Upon the motion of the United States,

**IT IS FURTHER ORDERED** that a detention hearing under 18 U.S.C. § 3142(f) is set for March 4, 1997 at 9:00 a.m., before United States Magistrate Judge Lonny R. Suko at Yakima, Washington.

**IT IS FURTHER ORDERED** that a probable cause hearing is set for March 6, 1997 at 9:00 a.m. before United States Magistrate Judge Lonny R. Suko at Yakima, Washington. Pending these hearings, the defendant shall be held in custody and produced for the hearing.

**IT IS FURTHER ORDERED:**

1. Defendant shall be held in detention pending disposition of this hearing or until further order of the court.

2. Defendant shall be held in the custody of the Attorney General for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

4. The United States Probation Office shall prepare a pretrial services report prior to said hearing.

DATED this 27th day of February, 1997.

LONNY R. SUKO
United States Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT - 2