FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 6 1997

JAMES R LARSEN CLERK
_____ DEPUTY
YAKIMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-97-051-WFN |
|                Plaintiff, ) | |
|      v. ) | ORDER RE DETENTION HEARING |
| BENEDICTO RAMIREZ-SANCHEZ, ) aka: Raul Gomez, ) | |
|                Defendant. ) | |

A detention hearing on the above matter was scheduled for March 4, 1997. Prior to the hearing, the defendant, acting through counsel Thomas Monaghan, advised the court that he wished to waive the detention hearing at this time and have a detention order entered without prejudice. Therefore,

**IT IS ORDERED:**

1. Defendant shall be held in detention pending disposition of this case or until further order of the court.

2. Defendant is committed to the custody of the United States Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal.

///

ORDER RE DETENTION HEARING - 1

3.    Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

4.    If defendant seeks review of this order pursuant to 18 U.S.C. § 3145(b), attorney for defendant shall file a written motion for reconsideration or amendment of this order within 10 days, directed to the district judge to whom this case is assigned.

Thereafter, said attorney shall have the affirmative duty to note, in consultation with the clerk, said motion or a motion for continuance to allow preparation, for hearing on the first available motion day.  Attorney for defendant, without relieving the attorney for the government of like responsibility, shall have the affirmative duty to see that said motion is determined promptly.  This Order of Detention Hearing is entered without prejudice to the defendant's right to move for reconsideration of the detention provisions in the event later information suggests that review is appropriate.

DATED this 6th day of March, 1997.

_____
LONNY R. SUKO
United States Magistrate Judge

ORDER RE DETENTION HEARING - 2