FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 6 1997

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-97-051-WFN |
| Plaintiff, ) | |
| v. ) | ORDER REGARDING DELIVERY OF TAPES OR TRANSCRIPTS |
| BENEDICTO RAMIREZ-SANCHEZ, ) aka: Raul Gomez, ) | |
| Defendant. ) | |

Delay in furnishing upon request a transcript or tape of applicable deportation hearings has been impeding the timely determination of cases charging a defendant with being an alien in the United States after deportation. Therefore, the government is notified that failure to deliver said tapes or transcripts within forty (40) days of the date of this order can result in a dismissal with prejudice of the captioned matter.

IT IS ORDERED, that requested tapes or transcripts of the deportation hearings that are the underlying basis for the charges herein shall be timely furnished.

DATED this 6⎯ day of March, 1997.

LONNY R. SUKO
United States Magistrate Judge

ORDER REGARDING DELIVERY OF
TAPES OR TRANSCRIPTS