FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 3 1997

JAMES R. LARSEN, CLERK
_____ DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
                    Plaintiff, )
      v. )
ROMAN HERNANDEZ-LOPEZ, )
               Defendant. )

NO. CR-97-051-RHW

ORDER ACCEPTING
GUILTY PLEA

The Court finds that Defendant's plea of guilty to Count the Indictment is knowing, intelligent, and voluntary, and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime as charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and **all pending motions are denied as moot**. The Clerk is directed to enter this order and to provide copies to counsel.

**DATED** this *12* day of May, 1997.

_____
ROBERT H. WHALEY
United States District Judge

C:\WPDOCS\ORDER\FORMS\CHNGPLEA.FRM

ORDER ACCEPTING GUILTY PLEA - 1