FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 1997

JAMES R. LARSEN, CLERK
_____ DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ROMAN HERNANDEZ-LOPEZ, <br> Defendant. | No. CR-97-051-WFN <br><br> ORDER DISPENSING WITH PRESENTENCE INVESTIGATION PURSUANT TO RULE 32(C)(1) |

On this day the Defendant pleaded guilty to an offense charged. Having heard from counsel, this court finds that there is sufficient information presented in the record to enable the meaningful exercise of sentencing discretion pursuant to 18 U.S.C. § 3553. Accordingly, the court **HEREBY ORDERS** that no presentence investigation shall be conducted and that sentencing shall proceed without a presentence report pursuant to Rule 32(c)(1) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.** The Clerk is directed to file this Order and to furnish copies to counsel.

DATED this ___ day of May 1997.

ROBERT H. WHALEY
United States District Judge

ORDER DISPENSING WITH PRESENTENCE INVESTIGATION - 1