JAMES P. CONNELLY
United States Attorney
ROLF H. TANGVALD
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 1998

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:9700051-001 RHW |
| Plaintiff, | |
| vs. | ORDER FOR REMISSION OF SPECIAL ASSESSMENT |
| ROMAN HERNANDEZ-LOPEZ, | |
| Defendant. | |

On this date came on to be considered the Petition for Remission of Special Assessment filed by plaintiff, UNITED STATES OF AMERICA, under the provisions of 18 U.S.C. § 3573, in which plaintiff requests remission of the unpaid special assessment imposed on defendant ROMAN HERNANDEZ-LOPEZ.

Having considered the petition, it is ORDERED that the unpaid special assessment imposed upon defendant shall be, and is hereby, REMITTED. The Court makes no judgment as to the wisdom of this remission.

DATED this __11__ day of June, 1998.

_____
United States District Judge

Presented by:

_____
ROLF H. TANGVALD
Assistant U.S. Attorney

ORDER 1